|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILSON CHOUEST,

        Petitioner,                       No. CIV S-07-1896 LEW CMK P

    vs.

DERRAL ADAMS, Warden, et al.,

        Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application, petitioner challenges a decision by the California Board of Parole Hearings to rescind petitioner's grant of parole, issued while housed in California Substance Abuse and Treatment Facility at Corcoran, CA in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4    2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6 United States District Court
Eastern District of California
7 2500 Tulare Street
Fresno, CA 93721

9 DATED:   September 27, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2